UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BERKELEY 1701, LLC,

        Plaintiff,

   v.

CARLVIN JUSTICE,

        Defendant.

Case No. 16-cv-00796-VC

**ORDER AFTER REMAND TO STATE COURT**

This case has been remanded to Alameda County Superior Court. If the parties wish to continue litigating it, they must do so in that court. The Clerk is directed not to accept any further filings in this closed case.

**IT IS SO ORDERED.**

Dated: April 25, 2016

_____
VINCE CHHABRIA
United States District Judge

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERKELEY 1701, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>CARLVIN JUSTICE,<br><br>    Defendant. | Case No. 16-cv-00796-VC<br><br>**CERTIFICATE OF SERVICE** |

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on April 25, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Carlvin Justice
1701 62nd Street
Berkeley, CA 94703


Dated: April 25, 2016

    Susan Y. Soong
    Clerk, United States District Court

    By:_____
    Kristen Melen, Deputy Clerk to the
    Honorable VINCE CHHABRIA