UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERKELEY 1701, LLC,<br><br>            Plaintiff,<br><br>    v.<br><br>CARLVIN JUSTICE,<br><br>            Defendant. | Case No.  16-cv-00796-VC<br><br>**CLARIFICATION OF COURT'S APRIL 25 ORDER**<br><br>Re: Dkt. No. 22 |

When issuing its April 25, 2016 order, the Court overlooked the fact that Carlvin Justice is pursuing an appeal in the U.S. Court of Appeals for the Ninth Circuit.  To clarify, nothing in the Court's order should be understood to affect Mr. Justice's right to pursue that appeal.  The Clerk should continue to accept any filings made in connection with that appeal.

**IT IS SO ORDERED.**

Dated: April 26, 2016

_____
VINCE CHHABRIA
United States District Judge