UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERKELEY 1701, LLC,<br><br>              Plaintiff,<br><br>    v.<br><br>CARLVIN JUSTICE,<br><br>              Defendant. | Case No.  16-cv-00796-VC<br><br>**ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS**<br><br>Re: Dkt. No. 28 |

    The Court construes Justice's most recent filing as a motion to proceed in forma pauperis on appeal.  *See* Fed. R. App. P. 24(a)(1).  So construed, the motion is denied, because there is no good-faith basis for the appeal.  *See* 28 U.S.C. § 1915(a)(3); *Hooker v. Am. Airlines*, 302 F.3d 1091, 1092 (9th Cir. 2002).

    **IT IS SO ORDERED.**

Dated: July 12, 2016

_____
VINCE CHHABRIA
United States District Judge